# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RYAN JONES                                                              PLAINTIFF

v.                              NO. 3:20-cv-189- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Ryan Jones, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE